IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


BRADLEY J. SWENSON                                           PLAINTIFF

v.                              Case No. 12-3021

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                              DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. #9) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 26th day of June, 2013.



/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE